# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

Micheail ward y34150

Plaintiff

vs.

Officer D. Jackson

Defendant(s)

Case No. _____
(The case number will be assigned by the clerk)

SCANNED AT PON CC
EMAILED 4/22/22 (date)
BY ___a___ (intials)
___18___ (# of pages)

(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).

## COMPLAINT*

Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.

✓ 42 U.S.C. §1983 (state, county or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐ Other federal law: _____

☐ Unknown _____

## I. FEDERAL JURISDICTION

*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

    Full Name: __Micheail ward__

    Prison Identification Number: __y 34150__

    Current address: __pontiac correctional center__

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

    Defendant #1:

        Full Name: __D. Jackson__

        Current Job Title: __correctional officer__

        Current Work Address: __pontiac correctional center pontiac IL 61764__

    Defendant #2:

        Full Name: _____

        Current Job Title: _____

        Current Work Address _____

    Defendant #3:

        Full Name: _____

        Current Job Title: _____

Current Work Address _____

_____

Defendant #4:

Full Name: _____

Current Job Title: _____

Current Work Address _____

_____

Defendant #5:

Full Name: _____

Current Job Title: _____

Current Work Address _____

_____

For additional defendants, provide the information in the same format as above on a separate page.

## III. LITIGATION HISTORY

The "three strikes rule" bars a prisoner from bringing a civil action or appeal *in forma pauperis* in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?    Yes ☐    No ☑

If yes, please describe _____

_____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☑    No ☐

C. If your answer to B is yes, how many? __1__  Describe the lawsuit(s) below.

3

1. Name of Case, Court and Docket Number Ward v. correctional officer Brown et al. case No 18-CV-1748

2. Basic claim made failuar To intervene, Negligence, faulse To protect

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?) yes its waiting for a verdict in summary Jogbement

For additional cases, provide the above information in the same format on a separate page.

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.

A. Is there a grievance procedure available at your institution? Yes ✓  No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

Yes ✓   No ☐

If your answer is no, explain why not _____

C. Is the grievance process completed?   Yes ✓   No ☐

## V. STATEMENT OF CLAIM

Place(s) of the occurrence _____pontiac correction center_____

4

Date(s) of the occurrence ___8/6/21___

State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.

THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.

Well on 8-6-21 as I was comming out my cell in East cell Hous 5 gallery 505 pontiac correctional center for A legal call with my attorney Adam M. Berger I had scheduled at around 11:45-12:00 as Im having A hard Time getting of The 5 gallery officer Jackson was purposly trying to stall my legal call Because of privously Altercations Ive had with This officer witch I Do have Documented with Mental health staff an previous PREA Hot line Records That Ive called Due to The sexual misconduct Taken place! once officer Jackson let me out my cell He creabitly started walking Behind me asking where my covid mask I Told him I was Dirty an I Through it away officer Jackson proceeded To get verry Aggressive against me and my cell mate Deandre Minkens Y15896 and Started calling us faggots and Dicksuckers Talking saying That He would Beat me up saying be a man to so I walked of The gallery on to 5 gallery flag landings where The stairs and cameras officer Jackson followed me on The flag aggresively saying Ima put a mask on in A

5

Threating manner The He went To The Top of The Door on S gallery A grabed A old Dirty mask off The Top of The Door Dusty An All Bald it up in His Hand makeing A fist and swung on me comming Down hitting me In The nose As I proceeded going Down The steps from 5 gallery To 3 gallery falling Down 15 steps I got up and imeditly notafide The officer's Hinkler And coon An Sgt norreto was notife. But I was still made to wait an talk To my Legal call I Had witch gave me An opportunity To Tell my Attorney Adam M Berger That I was Assulted and I needed Him to call up here To pontiac correctional center Then The Lt of the East cell House came in wile on my legal call an said when I get off the phone To come Talk To Him one I was off the phone with my lawyer once Then I Talk To The Lt He Had Sgt nerrato call Internal affiars An They came I A officer Branssens came Took me out The cell House To East complex I gave A statement He Took pictures of my face an nose Then excorted me To Health care where I was treated Medical Attention By nurse Jade which is who I Told

6


Her That my nose Hurts an I cant Breathe good out my nostrols witch Im steel seeing Nurse Hanson 4-13-22 for my nose But once IA officer Brenness as Brought me from Healthcare Back To East cell House He HaD me pack my property an moved from East cell House to South cell House an kept me away from officer Jackson who was still Trying To Threaten me as I was moveing once in South cell House I wrote A grievance explaing The Situation witch Took me months To ge Response Due to CoviD exstions They sactioneD in pontiac correctional center AnD "mail Rooms not Being aBle To send mail out" Due To coviD 19 lock Downs Im A Inmate I cant make mail Room send mail But I fileD The grievence To SpringfeilD 12-20-21 mail Room in pontiac held it for 26 Days Befor It was sent of Due to coviD 19 protcol

ExBit 1. Institution Grievance fully exhouasted
ExBit 2. metal Health Records of my complaint prea
ExBit 3. prea Records of phone calls complaints on officer
ExBit 4. Internal affiars use of force Report on officer Jackson aginst Micheail ward plus pitures a

Violation: cruel an unuasal punishment          14, 8, 1 ADmenDments
DeleBerit inDefferce
negelgane
excessive force

RELIEF REQUESTED
(State what relief you want from the court.)

I would like To Be compinsateD Heavcly

for my phycical Damge Emotinal Damge and Herassment I would lik 3 million Dollars And To press Assult charges aginst officer D. Jackson

JURY DEMAND    Yes ☑   No ☐

Signed this _____ day of __4-13__, 20_22_.

_____
(Signature of Plaintiff)

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| Micheail Ward | Y 34150 |
| Address: pontiac correction center / pontiac Il 61764 | Telephone Number: Dont have one |

3

ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
## Return of Grievance or Correspondence

**Offender:** Ward (Last Name)   Micheail (First Name)   MI   Y34150 (ID#)

**Facility:** Pontiac

☒ **Grievance:** Facility Grievance # (if applicable) 094147   Dated: 8/6/2021   or ☐ **Correspondence:** Dated: _____

**Received:** 1/20/2022   **Regarding:** Staff Conduct - C/O Jackson 8/6/21

---

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**
- ☐ Provide your original written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.
- ☐ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal; if timely.
- ☐ Provide dates when incidents occurred.
- ☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to: Administrative Review Board, Office of Inmate Issues, 1301 Concordia Court, Springfield, IL 62794-9277

**Misdirected:**
- ☐ Contact your correctional counselor or Field Services regarding this issue.
- ☐ Request restoration of Statutory Sentence Credits to Adjustment Committee. If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.
- ☐ Contact the Record Office with your request or to provide additional information.
- ☐ Personal property and medical issues are to be reviewed at your current facility prior to review by the Administrative Review Board.
- ☐ Address concerns in a letter to: Illinois Prisoner Review Board, 319 E. Madison St., Suite A, Springfield, IL 62706

**No further redress:**
- ☐ Award of Earned Discretionary Sentence Credit is a discretionary administrative decision; therefore, this issue will not be addressed further.
- ☐ Administrative transfer denials are discretionary administrative decisions; therefore, this issue will not be addressed further.
- ☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.
- ☒ Administrative Review Board received the appeal 30 days past date of Chief Administrative Officer's decision; therefore, this issue will not be addressed further.
- ☐ This office previously addressed this issue on _____ (Date)
- ☒ No justification provided for additional consideration.

**Other** (specify): Grievance not in accordance with DR504F.

**Completed by:** Travis Bayler (Print Name)   [Signature]   1/27/2022 (Date)

Distribution: Offender
Inmate Issues

*Printed on Recycled Paper*

DOC 0070 (Rev. 3/2018)

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**RESPONSE TO OFFENDER'S GRIEVANCE**

### Grievance Officer's Report

**Date Received:** 09/28/2021  **Date of Review:** 12/06/2021  **Grievance # (optional):** 094147

**Offender:** WARD, Micheail  **ID#:** Y34150

**Nature of Grievance:**
Staff Conduct- C/O JACKSON (RACIAL NAMES; ASSAULTED IIC) 8/6/21

**Facts Reviewed:**
Individual is alleging that C/O Jackson made racial slurs towards the individual and punch individual in the face on 8/6/21

This Grievance Counselor reviewed all available correspondence. This grievance was forwarded to Internal Affairs for their review due to the nature of the allegations.

Per ISI Anglin in Internal Affairs, allegations of staff misconduct/use of force were "not substantiated."

Allegations of staff misconduct are not substantiated in the contents of this grievance.

**Recommendation:**
Based upon a total review of all available information, it is the recommendation of this Grievance Counselor that the offender's grievance be DENIED.

A. Dietz, CCI
Print Grievance Officer's Name
Grievance Officer's Signature
(Attach a copy of Offender's Grievance, including counselor's response if applicable)

### Chief Administrative Officer's Response

**Date Received:** 12/13/21   ☑ I concur   ☐ I do not concur   ☐ Remand
**Action Taken:**

**RECEIVED**
**JAN 2 0 2022**
**ADMINISTRATIVE REVIEW BOARD**

Chief Administrative Officer's Signature   12/13/21  Date

### Offender's Appeal To The Director

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

Offender's Signature   Y34150 / ID#   12-20-21 Date

Distribution: Master File; Offender   Page 1   DOC 0047 (Rev. 3/2019)
Printed on Recycled Paper

| Assigned Grievance #/Institution: | Pontiac Correctional Center | | Housing Unit | Bed # |
|---|---|---|---|---|
| 1st Lvl rec: | ILLINOIS DEPARTMENT OF CORRECTIONS | | SEP 2 8 2021 2nd Lvl rec | |
| | **Offender's Grievance** | | | |

| Date: 8-6-21 | Offender (please print): Micheail Ward | ID #: M 34150 | Race (optional): |
|---|---|---|---|
| Present Facility: pontiac C.C | | Facility where grievance issue occurred: pontiac C.C | |

**Nature of grievance:**

- [ ] Personal Property
- [x] Staff Conduct    094147
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report
- [ ] Mail Handling
- [ ] Dietary
- [ ] Other (specify):
- [ ] Medical Treatment
- [ ] HIPAA
- [ ] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

Date of report _____    Facility where issued _____

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

  Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
  Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
  Chief Administrative Officer, only if EMERGENCY grievance
  Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On The Above Date 8-6-21 I was in my cell 505 Est cell House waiting to go on my legal visit. That I was told to be ready at 10:40 cadase its At 11:00 By officer Jackson who works the gallery. But At Like 9:30 Am Officer Jackson ask am I Taking my shower I told him yeah as I went to The shower As I'm walking to the shower He stated that I know you wrote a pcia on me But you Always acting tough

☑ Continued on reverse

**Relief Requested:**

I would like to press charges on officer Jackson for Asslute / Battery and I would like to Talk to warden / I mater About properly practical

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[ ] Check if this is NOT an emergency grievance.

_Micheail Ward_ Offender's Signature    M 34180 ID#    8-6-21 Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**   Date Received: _____   [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:

_____
Print Counselor's Name        Sign Counselor's Name        Date

**RECEIVED**

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance office.

**EMERGENCY REVIEW:**   Date Received: 9/10/21

Is this determined to be of an emergency nature:
- [ ] Yes, expedite emergency grievance
- [x] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

SEP 0 8 2021

JAN 2 0 2022
ADMINISTRATIVE REVIEW BOARD

_Signature_ Chief Administrative Officer's Signature    9/13/21 Date

Distribution: Master File; Offender    Page 1 of 2    DOC 0046 (Rev. 01/2020)

Assigned Grievance #/Institution: _____     Housing Unit: _____  Bed #: _____

1st [ ] rec: _____     ILLINOIS DEPARTMENT OF CORRECTIONS     2nd vf rec: SEP 28 2021
                                  **Offender's Grievance**

But know you out here acting like A Bitch whats up! So I Ignored Him cause He trying too force me To Attack Him. So when I'm done with The shower officer Jackson leaves me in The shower for 15 minits on purpose so I Bought my Tablet since I had to sit in there for so long when I came out Officer Jackson stood infrunt of my cell an said That He gone Break my tablet if I Bring it out the cell agin so I told Him yeah you can try An went in my cell like He told me to. All this on camera on 5 gallery come 10:50 to 11:00 officer Jackson completely Ignored me for a my attorney call so I called for another officer Kool Then He told me This wasn't His gallery So he dont disturse Jackson gallery After I asked The officer To get me A sargant and Lutent The officer At East House Desk called officer Hinkle, Had To call officer Jackson on The walkie Talkie To let Inmate Evach y74150 out for legal call At This Time its 11:25 Am as I'm exiting cell officer Jackson ask where is my mask I Told Him I Dont have one it was Dirty an got Thrown away I'll get Another at The front Desk! officer Jackson got very Agrisseve and started calling me an my cellie Donnel Minkens y15896 fagots and Thats we Are A Bunch of Dicksucking niggers for putting A prea on Him An That The sh.t Dont work and That If I Dont put A mask on He was going to Beat my Ass So walked of The gallery on to the Sgallery floor Because He Had Jst Threaten me! He follwed me on two The flag of Sgallery Grab A Dirty mask from off The Top of The Door That he had up There An Told me put This on I Told him no I'll get A new one At the Desk out The New Box The give you. So I started Down The stair to my legal call office Jackson got mad An said you gone put This fucking mask on An swung over The Banster A smacked me in my face/noose with His hand and maid me fall. I got up went Down The stairs as miss coon-officer __ notified her That I was Assulted By officer Jackson. I was escorted To The Bull pen were my legal call was An I notified my Attorney That I was Assorted and That I cant really Talk cause my noste hurt An I cant Breathe good so I contacted my lawyer An Had Them call up here to file A Report once my call ended The Lt and Sgt Necreto contacted Est Comprix after a few Ifrales and was Taken To file Report a singed statment They took pictures of my noose/face _____ Took me to Health care where I was Medically Treated. once after I was Back in Est house S gallery I was seperated from officer Jacksin I packed out with my property An moved To Spc out of harm and Danger